**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Bridget E. Lyons,**

    *Plaintiff,*

v.                                         **Case No.  3:12-cv-142
                                                 Judge Thomas M. Rose**

**Michael B. Donley,
    Secretary of the Air Force,**

    *Defendant.*

---

**ENTRY AND ORDER GRANTING DEFENDANT'S AMENDED MOTION TO STAY, DOC. 7.**

---

Pending before the Court is Defendant's Amended Motion to Stay Proceedings. Doc. 7. Therein, Defendant requests that the Court stay the instant case pending the resolution of Plaintiff's administrative claim before the Equal Employment Opportunity Commission.

Plaintiff's complaint states claims for sex discrimination and reprisal.  The pending EEOC investigation relates to Plaintiff's claim of sex discrimination and retaliation.  The purpose of an EEOC charge is to give "notice to the alleged wrongdoer of its potential liability" and enable the EEOC "to initiate conciliation procedures in attempt to avoid litigation." *Dixon v. Ashcraft*, 392 F.3d 212, 217 (6th Cir. 2004).  Pursuing litigation during the pendency is contrary to this purpose and potentially wastes resources of the parties and the judiciary.

For this reason, the Court **GRANTS** Defendant's Amended Motion to Stay Proceedings. Doc. 7.  Defendant is **ORDERED** to file quarterly updates with the Court concerning the progress of the EEOC investigation.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, November 29, 2012.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE