UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**BRIDGET E. LYONS,**

        Plaintiff,        Case No. 3:12-cv-142
                              Case No. 3:13-cv-221
-vs-                              District Judge Thomas M. Rose

**MICHAEL B. DONLEY,**
**SECRETARY OF THE AIR FORCE,**

        Defendant.

---

**ORDER GRANTING CONSOLIDATION OF CASES**
**3:12-cv-142 and 3:13-cv-221 (Doc. 15)**

---

      This matter is before the Court on Defendant's Motion To Consolidate filed on August 14, 2013 in Case No. 3:12-cv-142. Parties and individuals involved in both cases are the same.

    Therefore, it is the order of this Court that the Motion to Consolidate is hereby **GRANTED**. The consolidation for all purposes will be through final judgement. Case number 3:12-cv-142 will be the lead case in this action and all future pleadings shall be filed under number. In addition, case number 3:13-cv-221 is **TERMINATED.**

    **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 29, 2013.

                                                *s/Thomas M. Rose*
                                               _____
                                               THOMAS M. ROSE, JUDGE
                                               UNITED STATES DISTRICT COURT