UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRIDGET LYONS,

     Plaintiff,                         Case No. 3:12-cv-142

vs.

SECRETARY OF THE AIR FORCE,       District Judge Thomas M. Rose

     Defendant.

_____

## ORDER OF DISMISSAL: TERMINATION ENTRY

_____

The Court having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.  Within thirty (30) days, the parties may move to substitute this Order and Entry with a proposed dismissal entry agreed upon by the parties.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994), and incorporate appropriate language in any substituted judgment entry.  The Court will retain jurisdiction to enforce the terms of the settlement if necessary.

      **IT IS SO ORDERED.**


Date:  _January 6, 2017_____                  *s/ Thomas M. Rose*_____
                                           Thomas M. Rose
                                           United States District Judge